

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLAUDIA LESTER | CIVIL ACTION NO. 04-1335-A |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Order of Remand is AFFIRMED and that attorney's fees in the amount of $1,781.25 and costs in the amount of $150.00 are awarded and ordered paid to plaintiff.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of January 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE